NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000310
06-DEC-2011
08:44 AM

NO. CAAP-11-0000310

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN RE A CHILDREN

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 09-12175)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on October 21, 2011, is hereby corrected as follows:

1.   On page 2, in the third line of Paragraph 1. of Section I., delete the word "a" after "court" so that as corrected the text reads:  " . . . presented to the court compelling reasons why . . . ."

2.   On page 2, in the sixth line of Paragraph 2. of Section I., insert the word "for" between the words "home" and "his" so as corrected the text reads: ". . . a safe family home for his or her child."

3.   On page 3, in the eleventh line, delete one of the duplicate citations to "HRS § 587-25 (2006)".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, December 6, 2011.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.